# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NEIL A. McGINNIS,

        Plaintiff,

        v.

STATE OF WASHINGTON, JOHN DOE 1-5 and JANE DOE 1-5,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-404-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED as frivolous under 28 USC Section 1915A(b)(1).

February 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante